# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

RIVER NORTH FARMS INCORPORATED                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.: 4:16-CV-131-DMB-SAA

GNS FRAC, LLC, AND CAVE CITY SAND, LLC                           DEFENDANTS

## ORDER

On June 27, 2016, this court issued an order to defendant Cave City Sand, LLC to show

cause as to why this case should not be dismissed due to the absence of diversity under 28 U.S.C.

§ 1332.  Docket 9.  In its original notice of removal, Cave City Sand, LLC asserted only that

"plaintiff is an Oklahoma corporation," that "GNS Frac, LLC is an Alabama limited liability

company qualified to do business in the state of Mississippi," and that "Cave City Sand, LLC is a

Delaware corporation."  Docket 1, p. 2.

On July 4, 2016, and in response to the court's order to show cause, Cave City Sand,

LLC filed an amended notice of removal.  Docket 13.  Cave City Sand, LLC thoroughly detailed

plaintiff's state of incorporation and principal place of business, as well as the identities of the

individual members of the two LLC defendants.  However, when detailing its own members and

those of GNS Frac, LLC, Cave City did not list the **citizenship** of each LLC's members.

Instead, Cave City listed the **residency** of the LLC members.

For purposes of diversity jurisdiction, the domicile of the parties, as opposed to their

residence, is the key. *See Combee v. Shell Oil Co*., 615 F.2d 698, 700 (5th Cir. 1980).  A party's

residence in a state alone does not establish domicile. *Preston v. Tenet Healthsystem Mem'l*

*Med. Ctr*., 485 F.3d 793, 798 (5th Cir. 2007).  Because an allegation of residency is not sufficient

for diversity jurisdiction purposes, a plaintiff must allege **citizenship** to satisfy the requirements of 28 U.S.C. § 1332(a). *See Nadler v. Am. Motors Sales Corp.*, 764 F.2d 409, 413 (5th Cir. 1985). A limited liability company's citizenship is determined by the **citizenship** of each of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079-80 (5th Cir. 2008) (emphasis added).

Because Cave City only listed the residencies of the LLC members in the amended notice of removal, it has not established the citizenship of the parties and consequently has not met its burden of establishing jurisdiction. The court applauds Cave City for its detailed accounts of its membership and those of GNS Frac, LLC. However, in order to appropriately establish diversity jurisdiction in this court, Cave City Sand, LLC must file a second amended notice of removal asserting an appropriate basis for federal court jurisdiction (i.e. the **citizenship** of the LLC members) within seven (7) days of the date of this order.

**SO ORDERED** this, the 7th day of July, 2016.

/s/ S. Allan Alexander
**UNITED STATES MAGISTRATE JUDGE**